IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 AUG -3 PM 2:59
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| BRENDA COVINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-2210 B P |
| ) | |
| JOHN POTTER, ) | |
| ) | |
| Defendant. ) | |

SCHEDULING ORDER

Pursuant to written notice, a telephonic scheduling conference was held July 14, 2005. Present were Michael G. Floyd, counsel for plaintiff, and William W. Siler, Assistant United States Attorney, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): August 1, 2005

JOINING PARTIES: September 14, 2005

AMENDING PLEADINGS: September 14, 2005

INITIAL MOTIONS TO DISMISS: October 14, 2005

COMPLETING ALL DISCOVERY: March 31, 2006

    (a) DOCUMENT PRODUCTION: March 31, 2006

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: March 31, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-3-05

(c) EXPERT WITNESS DISCLOSURE (Rule 26):

    (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: January 31, 2006

    (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: February 28, 2006

    (3) EXPERT WITNESS DEPOSITIONS: March 31, 2006

FILING DISPOSITIVE MOTIONS: June 30, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last four days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case ~~is~~ [may be the] appropriate for ADR. The parties are encouraged to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

2

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
Tu M. Pham
UNITED STATES MAGISTRATE JUDGE
DATE: August 3, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02210 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jennifer C. Kellett
U.S. POSTAL SERVICE
225 No. Humphreys Blvd.
Memphis, TN 38166--017

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Honorable J. Breen
US DISTRICT COURT