IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 21  PM 2: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BRENDA COVINGTON,

    Plaintiff,

v.   No. 05-2210 B

JOHN E. POTTER, Postmaster General,
United States Postal Service,

    Defendant.

## ORDER OF REFERENCE

Before the Court is the November 28, 2005 motion of the Plaintiff, Brenda Covington, for a protective order. The motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Fed. R. Civ. P. 72(a).

**IT IS SO ORDERED** this 21st day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02210 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Michael G. Floyd
Law Office of Michael G. Floyd
2129 Winchester Rd.
Memphis, TN 38116

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jennifer C. Kellett
U.S. POSTAL SERVICE
225 No. Humphreys Blvd.
Memphis, TN 38166--017

Honorable J. Breen
US DISTRICT COURT